**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ADRIENNE BOWMAN, Individually,

        Plaintiff,

v.

CAMIDIEG INVESTMENTS, INC., a Florida corporation,

        Defendant.
_____/

Case No.: 14-cv-24925-UU

## NOTICE OF SETTLEMENT

Plaintiff, ADREINNE BOWMAN, hereby gives notice to the Court that she has settled the above-styled case with Defendant. The parties will finalize their settlement papers and settlement prerequisites and submit the filings to the Court seeking dismissal of the case.

    Attorney for Plaintiff:

    By: /s/ Jeannette E. Albo
    Jeannette E. Albo, Esq.
    Fla. Bar No. 0017736
    *Of Counsel*
    **Thomas B. Bacon, P.A.**
    9444 S.W. 69th Ct.
    Miami, FL 33156
    ph. (305) 502-4593
    jalbo@bellsouth.net

    Thomas B. Bacon, Esq.
    **Thomas B. Bacon, P.A.**
    4868 S.W. 103rd Ave.
    Cooper City, FL 33328
    ph. (954) 925-6488
    fax (954) 237-1990
    tbb@thomasbaconlaw.com