## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ADRIENNE BOWMAN, Individually,

   Plaintiff, _____

v.

CAMIDIEG INVESTMENTS, INC., a Florida corporation,

   Defendant.
_____/

Case No.: 14-cv-24925-UU

### STIPULATION OF DISMISSAL WITH PREJUDICE

  Pursuant to Fed. R. Civ. P. 41, Plaintiff and Defendant hereby stipulate to the dismissal of this case with prejudice pursuant to the Confidential Settlement Agreement entered into between them.

SIGNATURES

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| By: /s/ Jeannette E. Albo <br> Jeannette E. Albo, Esq. <br> Fla. Bar No. 0017736 *Of Counsel* <br> **Thomas B. Bacon, P.A.** <br> 9444 S.W. 69th Ct. <br> Miami, FL 33156 <br> ph. (305) 502-4593 <br> jalbo@bellsouth.net <br><br> Thomas B. Bacon, Esq. <br> **Thomas B. Bacon, P.A.** <br> 4868 S.W. 103rd Ave. <br> Cooper City, FL 33328 ph. (954) 925-6488 fax (954) 237-1990 <br> tbb@thomasbaconlaw.com | By: /s/ Lowell J. Kuvin_____ <br> Lowell J. Kuvin, ESQ. <br> Florida Bar No: 53072 <br> LAW OFFICE OF LOWELL J. KUVIN <br> 17 East Flagler Street, Suite 223 <br> Miami, Florida 33131 <br> Telephone: (305) 358-6800 <br> Facsimile: (305) 358-6808 <br> E-Mail: lowell@kuvinlaw.com |